# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2025

**VIA EMAIL & ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy
9-22-2025

Re:   United States v. Anthony Alfano, 24-mj-2640 (UA)

Dear Honorable Judge McCarthy:

    I am writing to request permission on Mr. Alfano's behalf to travel to the Northern District of New York on October 26, 2025, to attend his niece's birthday party.

    As the Court is aware, Mr. Alfano has been released with conditions for approximately one year. Amongst those conditions, is compliance with mental health medications and treatment. As noted in his status appearances before Your Honor over the last year, he has remained complaint with his conditions including his mental health treatment and medications. Mr. Alfano is requesting permission to travel to Saugerties, New York to attend his niece's birthday party on October 26, 2025. As Saugerties is in the Northern District of New York, he requires permission from the Court for such travel. Pre-Trial Services ("PTS"), through PTS Officer Viosanny Harrison, has no objection to this request. The government, through AUSA Reyhan Watson, has no objection to this request so long as it does not interfere with his medication adherence. This trip will not interfere with his medication. His monthly shot for October is scheduled for October 13th and he will be travelling to Saugerties for only the day.

    Therefore, Mr. Alfano respectfully requests that he be permitted to attend this event as noted. Thank you for your time and consideration.

Sincerely,

*Elizabeth K. Quinn*
Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Anthony Alfano

cc:   Reyhan Watson, AUSA
       Viosanny Harrison, PTS