# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 3, 2025

**VIA EMAIL & ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:     *United States v. Anthony Alfano, 24-mj-2640 (UA)*

Dear Honorable Judge Krause:

I am writing to request permission on Mr. Alfano's behalf to travel to the Northern District of New York on November 27, 2025, to attend Thanksgiving dinner at his sister's home.

Mr. Alfano has been released with conditions for over a year. Amongst those conditions, is compliance with mental health medications and treatment. He has remained complaint with his conditions including his mental health treatment and medications. Mr. Alfano is requesting permission to travel to his sister's house in Saugerties, New York to attend Thanksgiving dinner. As Saugerties is in the Northern District of New York, he requires permission from the Court for such travel. He will be traveling there and back on the same day. Pre-Trial Services ("PTS"), through PTS Officer Viosanny Harrison, has no objection to this request. The government, through AUSA Reyhan Watson, has no objection to this request.

Therefore, Mr. Alfano respectfully requests that he be permitted to attend this event as noted. Thank you for your time and consideration.

APPLICATION GRANTED.

The Clerk of Court is respectfully directed to mark the letter motion at ECF No. 48 as granted.

Dated: November 3, 2025

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Anthony Alfano

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge